## No. 8838.

### THE STATE OF LOUISIANA EX REL. J. C. SEALE VS. THE POLICE JURY OF MADISON.

The obligation of a parish to pay the salary, or other emoluments of office, of an officer whose compensation is fixed by law, does not arise from a contract, but is created by operation of law. Hence, the con-stitutional limitation, under which a mandamus to levy a special tax in satisfaction of a judgment enforcing such an obligation must be refused, does not impair the obligation of a contract, within the intent and meaning of the federal Constitution.

APPEAL from the Eighth District Court, Parish of Madison. *De-lony*, J.

*H. P. Wells* and *J. B. Stone* for the Relator and Appellant.
*Spencer & Lucas* for Respondents and Appellees.

The opinion of the Court was delivered by POCHÉ, J.